AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Daniel Michael Morrissey | ) Case: 1:21-mj-00633 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 10/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel Michael Morrissey,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 10/21/2021

*Issuing officer's signature* — 2021.10.21 16:12:26 -04'00'

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on (date) 11/4/21, and the person was arrested on (date) 11/4/21
at (city and state) Denver, CO.

Date: 11/4/21

*Arresting officer's signature*

SA Scott Dahlstrom
*Printed name and title*